LAWRENCE FLEMING and GLADYS FLEMING, Appellants, v. ELIZABETH OPPEL, Respondent.— In an action by a wife to recover damages for injuries sustained when her hand struck a defective washtub cover, and by her husband for loss of services and medical expenses, order of the Appellate Term reversing a judgment for plaintiffs, entered on a jury verdict rendered in the City Court of the City of New York, County of Queens, and dismissing the complaint, unanimously affirmed, with costs. (See *Kitchen* v. *Landy*, 215 App. Div. 586; *Liddell* v. *Novak*, 246 id. 848, and *Bibeault* v. *Hefgold Realty Corp.*, 250 id. 761.) Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ. [163 Misc. 876.]

In the Matter of the Application of BREVOORT SAVINGS BANK OF BROOKLYN, Appellant, for an Order of Certiorari against HARRIS H. MURDOCK and Others, etc., Respondents.— Order dismissing petition and confirming the determination of the board of standard and appeals unanimously affirmed, with fifty dollars costs and disbursements. (*Matter of Levy* v. *Bd. of Standards & Appeals*, 267 N. Y. 347; *Y. W. H. Assn.* v. *Bd. of Standards & Appeals*, 266 id. 270.) Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

In the Matter of the Application of MARGARET MORAN, Committee of the Estate of GEORGE SMITH, an Incompetent Ex-service Man, for Leave to Resign as Committee and for Leave to File a Final Account of Proceedings, and for the Discharge of Her Bond, etc. FRANK T. HINES, Administrator of Veterans' Affairs, and OTTO A. REBHUN, Special Guardian for GEORGE SMITH, an Incompetent Person, Appellants; MARGARET MORAN, Committee of the Estate of GEORGE SMITH, an Incompetent Person, and UNITED STATES FIDELITY & GUARANTY COMPANY, Respondents.— Appeals from a decree judicially settling the accounts of a committee of the estate of an incompetent ex-service man, confirming in all respects the report of an official referee, dismissing objections, accepting the account of the committee, providing for discharge of said committee and her surety after paying specified commissions and allowances, and turning over to a substituted committee the balance of funds remaining on hand, inclusive of guaranteed mortgage certificates. The appeal of the special guardian is from so much of the decree as holds that the committee herein had legally and properly invested the funds by purchase of mortgage certificates, and the appeal of the Administrator of Veterans' Affairs is, in addition, from so much of the decree as makes certain allowances to the attorney for the committee and to the special guardian. Decree modified by surcharging the committee with the sum of thirty-five hundred ($3,500) dollars in lieu of and substitution for the mortgage certificates, and, as so modified, unanimously affirmed, without costs. The investment by the committee in guaranteed mortgage certificates was illegal. (*Matter of Farina*, 253 App. Div. 510.) Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ. Settle order on notice.